No. 465. NEWYAHR v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William R. Lichtenberg* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.